UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In re:

Lisa Ann DeGennaro

Debtor.

Case No. 18-05568-dd
Chapter 7

**ORDER AUTHORIZING TRUSTEE TO EMPLOY REAL ESTATE BROKER AND LOCAL LISTING AGENT**

Upon the annexed Application of Kevin Campbell, Trustee herein, for the authority to employ BK Global Real Estate Services ("BKRES") whose address is 1095 Broken Sound Parkway, N.W., Suite 100, Boca Raton, FL 33487 and telephone number is 561- 206-0067 to represent him as a Real Estate Broker; and RE/MAX at Barnegat Bay ("REMAX") whose address is 221 Lacey Rd, Forked River, NJ 08731 and whose telephone number is 609-709-4758 to represent him as the Local Listing Agent, it is,

ORDERED, ADJUDGED AND DECREED that the Trustee be, and hereby is, authorized to employ for the purpose described in the Application.  The rate or amount of compensation of the Real Estate Broker is fixed at no more than Six (6%) percent of the selling price as real estate commission on residential property to be paid upon closing of the transaction.  BKRES will pay REMAX from its 6% commission. The compensation of the Real Estate Broker and Local Listing Agent is subject to review and adjustment as provided for in 11 U.S.C. §330(a).

IT IS ORDERED.