UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

In Re:                                            )
                                                  )
Lisa Ann DeGennaro                                )       Chapter 7
                                                  )       Case No.  18-05568-D
                                                  )
                              Debtor.             )

**TRUSTEE'S REPORT OF NO SALE**

      Kevin Campbell, the duly appointed and acting Chapter 7 Trustee for the above Debtor (hereinafter referred to as the "Trustee"), hereby reports that the sale of the estate's interest in the real property commonly referred to as 942 Columbus Drive, Brick, NJ 08724 pursuant to a Court Order entered on August 12, 2019 was unable to close. The Trustee is in the process of finalizing a new buyer/ notice of sale.

DATED: November 26, 2019

/s/ Kevin Campbell
KEVIN CAMPBELL, Trustee
P. O. Box 684
Mount Pleasant, SC 29465-0684
Tel. No. (843) 884-6874
Fax No. (843) 884-0997
E-Mail: kcampbell@campbell-law-firm.com
U.S. District Court ID No. 30.